IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ] | |
| | ] | |
| Plaintiff, | ] | |
| v. | ] | No. 08 CR 947-12 |
| | ] | |
| RIGOBERTO MOLINA, | ] | Hon. Amy St. Eve |
| | ] | |
| Defendant. | ] | |

## DEFENDANT'S PROPOSED JURY INSTRUCTIONS

NOW COMES defendant RIGOBERTO MOLINA, by and through his attorney Michael J. Petro, and hereby submits Defendant's proposed jury instructions. **This document was prepared in conjunction with co-defendant Fabian Matinez's proposed jury instructions filed at docket 127. Defendant MOLINA hereby adopts and incorporates that filing into this document with the following exceptions:**

1**.**     Defendant MOLINA is not charged with conspiracy.  As such, Defendant Martinez's Instructions related to that charge are moot as to MOLINA.  See 7, 8, 9, 10, 11, 14, 17.


   Respectfully submitted,


s/Michael J. Petro
Michael J. Petro

Petro & Associates
Attorney for RIGOBERTO MOLINA
53 West Jackson Boulevard, Suite 324
Chicago, Illinois   60604
312-913-1111

**CERTIFICATE OF SERVICE**

I, Michael J. Petro, an attorney, state that I caused to be filed, by electronic filing (ECF), with the Clerk of the United States District Court for the Northern District of Illinois, the foregoing:

**DEFENDANT'S PROPOSED JURY INSTRUCTIONS**

The undersigned also certifies, as to the following parties, that in accordance with F.R.Civ.P. 5, LR 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing pleading, along with a notice of motion if required, were served pursuant to the district court's ECF system on August 23, 2010.

By His Attorney,

/s Michael J. Petro
Michael J. Petro #6200721
Attorney for RIGOBERTO MOLINA
53 West Jackson Blvd.
Suite 324
Chicago, Illinois 60604
312-913-1111